PHILLIP A. TALBERT
United States Attorney
ZULKAR KHAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-00104-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF INITIAL APPEARANCE ON REVOCATION PROCEEDINGS |
| v. | |
| DARRAYAH SANCHEZ, | |
| Defendant. | DATE: April 5, 2024<br>TIME: 2:00 p.m.<br>COURT: Hon. Carolyn K. Delaney |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Darrayah Sanchez, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for an initial appearance on revocation proceedings on April 5, 2024.

2. By this stipulation, the parties now move to continue the initial appearance until April 11, 2024.

3. Ms. Sanchez has medical issues rendering her unable to appear in court on April 5, 2024.

///

///

///

1

4. Neither the assigned probation officer nor the attorney for the government oppose the requested continuance.

IT IS SO STIPULATED.

Dated: April 3, 2024

PHILLIP A. TALBERT
United States Attorney

By: /s/ ZULKAR KHAN
ZULKAR KHAN
Assistant United States Attorney

Dated: April 3, 2024

/s/ RACHELLE BARBOUR
RACHELLE BARBOUR
Counsel for Defendant
DARRAYAH SANCHEZ

**ORDER**

IT IS SO FOUND AND ORDERED

Dated: April 3, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2