SHARI RUSK (SBN 170313)
ATTORNEY AT LAW
916 2nd Ave
Suite F
Sacramento, CA 95814
(916) 804-8656
rusklaw@att.net

Attorney for Defendant
Darrayah Sanchez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:22-cr-00104 TLN |
| Plaintiff, | **MEMORANDUM CONTINUING DISPOSTION HEARING ON TSR VIOLATION** |
| v. | Date:   NOVEMBER 7, 2024 |
| DARRAYAH SANCHEZ, | Time:   9:00 a.m. |
| Defendant. | Judge:  Honorable Judge Troy L. Nunley |

The United States of America through its undersigned counsel, ZULKAR KHAN, Assistant United States Attorney, together with counsel for defendant DARRAYAH SANCHEZ, Shari Rusk, Esq., hereby agree to the following:

1.  By previous order, this matter was set for dispostional hearing on **October 17, 2024**.

2.  The parties agree to continue the hearing until **November 7, 2024** as Ms. Sanchez has been recently hospitalized and is working with probation to find suitable housing.

Dated:  October 11, 2024

/s/ Shari Rusk
SHARI RUSK
Attorney for Defendant
Darrayah Sanchez

1                                             /s/ Zulkar Khan_____

2                                             Zulkar Khan
                                             Assistant United States Attorney

cc: Paco Yee, USPO

**ORDER**

It is so ORDERED.

DATED: October 15, 2024

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2